In the Matter of the General Assignment of the H. & M. TRANSPORTATION, INC., to JOSEPH B. FINKELSTEIN and ADAM W. SANDEL, for the Benefit of Creditors. THE SERBER RUBBER CO., INC., Respondent; JOSEPH B. FINKELSTEIN and ADAM W. SANDEL, Appellants.— Motion for leave to appeal to the Court of Appeals or

for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.